FILED
7/16/2021 11:51 AM
Brandy Robertson
County Clerk
Orange County, Texas

CAUSE NO. 24761

| | | |
|---|---|---|
| BEHNAM SHAYESTEH | § | IN THE COUNTY COURT |
| | § | |
| V. | § | AT LAW NO. 2 |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | ORANGE COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, BEHNAM SHAYESTEH, and file his Original Petition complaining of Defendant, ALLSTATE INSURANCE COMPANY, and in support thereof would show as follows:

### DISCOVERY CONTROL PLAN

1.  Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.3.

### PARTIES

2.  Plaintiff, Behnam Shayesteh ("Plaintiff" or "Mr. Shayesteh"), is an individual residing in Orange County, Texas.

3.  Defendant, Allstate Insurance Company, is a domestic insurance company authorized to do business in the State of Texas. It may be served through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136

### JURISDICTION

4.  This Court has jurisdiction over the parties to this suit and has subject matter jurisdiction over the controversies between the parties. Plaintiff makes a claim for damages for a monetary amount in controversy within the jurisdiction of this Court. Plaintiff seeks monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney's fees, and costs, under Texas Rule of Civil Procedure 47(c)(1). *See* TEX. R. CIV. P. 47.

## VENUE

5. Venue is proper in Orange County because Orange County is the county in which the collision involving the underinsured motor vehicle occurred. TEX. INS. CODE § 1952.10.

## FACTS

6. On or about July 3. 2020, Defendant Bunch, who was traveling west at the 900 block of west Roundbunch road in the left lane. Mr. Shayesteh was ahead of Defendant Bunch pulling a trailer stopped at the red signal light at the intersection of west Roundbunch Road and FM 408. There were 2 additional vehicles stopped in front of Mr. Shayesteh. Defendant Bunch failed to control his speed and struck Mr. Shayesteh from behind. The impact pushed Mr. Shayesteh into the vehicle in front him and pushed that vehicle into the vehicle ahead of him, resulting in Plaintiff suffering serious bodily injuries and damages.

7. Plaintiff sustained bodily injuries and suffered damages as a result of this collision as hereinafter described, as the direct and proximate result of the negligence of Thomas Bunch. Thomas Bunch was an underinsured driver.

8. At the time of this collision, Plaintiff was covered by a standard Texas automobile insurance policy issued by Allstate Insurance Company, which included common law benefits for injuries proximately caused by and underinsured/uninsured driver which was a fault as that term is defined in the policy.

## PETITION FOR DECLARATORY RELIEF

9. Based on the foregoing facts, and pursuant to the policy of insurance in force and effect between Plaintiff and Defendant at the time of the automobile collision, Plaintiff seeks a declaratory judgment pursuant to Chapter 37 of the *Texas Civil Practices and Remedies Code* construing the contract of insurance and declaring Plaintiff's right and obligations under the contract.

10. Specifically, Plaintiff seeks findings that Thomas Bunch was the cause of the wreck and was an underinsured motorist, that Plaintiff is entitled to recover from Defendant their damages resulting from the motor vehicle collision the subject of the suit, that Plaintiff's damages fall within the coverage afforded Plaintiff under the policy with Defendant, and specifying the amount of damages, attorney's fees, interest, and court costs that Defendant is obligated to pay.

## DAMAGES

11. Plaintiff sustained personal injuries and damages proximately cause by the negligence of the underinsured driver described above, including but not limited to:

    a. Physical pain and suffering in the past;

    b. Physical pain and suffering the Plaintiff will experience in the future;

    c. Mental anguish suffered in the past;

    d. Mental anguish the Plaintiff will experience in the future;

    e. Medical expenses incurred in the past;

    f. Medical expenses the Plaintiff will incur in the future;

    g. Physical impairment suffered in the past;

    h. Physical impairment the Plaintiff will suffer in the future; and

    i. Loss of quality of life.

12. Further, Plaintiff is entitled to the statutory penalties provided by the *Texas Insurance Code* for its actions as outlined herein. Plaintiff's damages are within the jurisdictional limits of this Court. Plaintiff is entitled to prejudgment interest.

## ATTORNEY'S FEES

13. Pursuant to Chapter 37 of the *Texas Civil Practice and Remedies Code*, Plaintiff seeks recovery of reasonable and necessary attorneys' fees from Defendant, for which they hereby sue.

### PREJUDGMENT AND POST JUDGMENT INTEREST

14. Plaintiff seeks prejudgment and post judgment interest as allowed by law.

### COURT COSTS

15. Plaintiff sues to recover court costs as allowed by law.

### DEMAND FOR JURY TRIAL

16. Plaintiff demands a jury trial and has tendered the appropriate fee.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Benham Shayesteh, prays that the Defendant be cited to appear and answer, and that on final trial Plaintiff has:

1. Judgment against Defendant in a sum in excess of the minimum jurisdictional limits of the Court for Plaintiff's damages;
2. Declaratory relief as outlined in the petition;
3. Prejudgment interest;
4. Post-judgment interest;
5. Costs of court;
6. All statutory "additional" damages;
7. Attorney's fees; and
8. All such other relief, at law or in equity, to which Plaintiff may show to be entitled.

Respectfully submitted,

BERNSEN LAW FIRM

/s/ *Cade Bernsen*
David E. Bernsen
State Bar No. 02217500
dbernsen@bernsenlaw.com
Cade Bernsen
State Bar No. 24073918

4

cbernsen@bernsenlaw.com
Jamie Matuska
State Bar No. 24051-62
jmatuska@bernsenlaw.com
420 MLK Jr. Parkway
Beaumont, Texas 77701
(409) 212-9994
(409) 212-9411 facsimile

ATTORNEYS FOR PLAINTIFF