IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BEHNAM SHAYESTEH,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 1:21-CV-00419-ZJH |

### ORDER ACCEPTING JOINT STIPULATION OF DISMISSAL

Pending before the court is the parties' *Stipulation of Dismissal of All Claims and Parties*. Doc. No. 20.  The parties have reached a settlement.  The stipulation is signed by all parties who have appeared.  *See* FED. R. CIV. P. 41(a)(1)(A)(ii).

It is therefore **ORDERED** that the parties' *Stipulation of Dismissal of All Claims and Parties* (Doc. No. 20) is **GRANTED**.  Accordingly, the above case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs of court.  The court retains jurisdiction to enforce any settlement.  The Clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

SIGNED this 1st day of July, 2022.

_____
Zack Hawthorn
United States Magistrate Judge